

**NUMBER 13-14-00664-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**THE STATE OF TEXAS,** **Appellant,**

**v.**

**HERBERT JARMON,** **Appellee.**

---

**On appeal from the 148th District Court
of Nueces County, Texas.**

---

## MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Perkes
Memorandum Opinion Per Curiam**

Appellant, the State of Texas, by and through its District Attorney, the Honorable Mark Skurka, has filed an amended motion for dismissal of its appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will

be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.

Tᴇx. R. Aᴘᴘ. P. 47.2(b).

Delivered and filed the
26th day of March, 2015.